**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**ORDER**

Appellate case name:           Monica Nicole Townsend v. Erik Allen Vasquez

Appellate case number:        01-17-00436-CV

Trial court case number:       63976

Trial court:                          300th District Court of Brazoria County

This is an appeal in a suit for modification of the parent-child relationship in which both Appellant Monica Nicole Townsend and Appellee Erik Allen Vasquez requested a modification. The trial court granted Appellee's requested modification, and Appellant appealed. The Court issued its opinion on October 18, 2018.

On November 6, 2018, the Court issued its opinion in Nos. 01-17-00618-CV and 01-18-00856-CV, *Thomas R. Malone v. PLH Group, Inc. and Power Line Services, Inc.* The opinion in *Malone* involved a jurisdictional issue regarding whether it is permissible for "one judge to preside over the entire bench trial and a visiting judge, who heard no evidence, to render a judgment based on disputed facts." *Malone v. PLH Grp.*, Nos. 01-17-00618-CV, 01-18-00856-CV, slip op. at 4 (Tex. App.—Houston [1st Dist.] Nov. 6, 2018, no pet. h.) (op.), *available at* http://www.search.txcourts.gov/SearchMedia.aspx?MediaVersionID=fc6a0641-f95e-44d7-97e2-3951e180c9ec&coa=coa01&DT=Opinion&MediaID=da3c29f2-3da8-4b46-a901-d344ad792020.

The Court **orders** that the parties shall file supplemental briefs on the limited issue of whether and, if so, how the jurisdictional issue in *Malone* affects this appeal. The parties shall file supplemental briefs no later than **Monday, November 19, 2018**. The Court will not grant extensions of time to file briefs.

It is so **ORDERED**.

Judge's signature:     */s/ Harvey Brown*

Panel consists of:     Chief Justice Radack and Justices Brown and Caughey

Date: November 7, 2018